UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>-v.-<br><br>WINSTON COLON CORREA,<br><br>                         Defendant. | 24 Mag. 01488 / 25 Cr. \_\_\_\_ (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On **October 7, 2025** at **11:00 a.m.**, a plea proceeding with respect to Defendant Winston Colon Correa will take place in Courtroom 12B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:  October 6, 2025
          New York, New York

                                                                               _/s/ Jennifer H. Rearden_
                                                                                JENNIFER H. REARDEN
                                                                              United States District Judge